| COURTROOM DEPUTY MINUTES | DATE: **MARCH 2, 2007** |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: **2:27 - 2:31** |

- √ **INITIAL APPEARANCE**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (Rule 5)**
- ☐ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

---

PRESIDING MAG. JUDGE **CHARLES S. COODY**        DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:07CR-36-WHA-CSC**        DEFT. NAME: **JAMES JEMISON, JR.**

USA: **VERNE SPEIRS**        ATTY: **DONNIE BETHEL (FOR IA ONLY)**

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO ;

USPTSO/USPO: **SANDRA WOODS**

Defendant _____ does _____ does NOT need an interpreter; NAME: _____

---

| | | |
|---|---|---|
| √ Kars. | Date of Arrest **3/2/07** or ☐ Rule 5 Arrest | |
| √ kia. | Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator | |
| ☐ Finaff. | Financial Affidavit executed ☐ to be obtained by PTS; ☐ **ORAL** Motion for Appt. Of Counsel. | |
| √ koappted | **ORAL ORDER** appointing Federal Defender - **Notice to be filed.** | |
| ☐ 20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher | |
| √ | Deft. Advises he will retain counsel. Has retained **JOE REED - NOT PRESENT** | |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; √ Government's **WRITTEN** Motion for Detention Hrg. filed. | |
| | **DETENTION HRG** ☐ held; √ Set for **3/5/07 @ 9:00 A.M.** ; ☐ **Prelim. Hrg** Set for ___ | |
| | ☐ kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ☐ kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| ☐ kocondrls. | Release order entered. ☐ Deft. advised of conditions of release. | |
| ☐ kbnd. | ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR). | |
| | ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered | |
| √ Loc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody | |
| ☐ ko. | Deft. **ORDERED REMOVED** to originating district | |
| ☐ krmvhrg. | Identity/Removal Hearing ☐ set for _____; ☐ **WAIVER** of Rule 5 & 5.1 Hearings | |
| ☐ kwvprl. | Waiver of Preliminary hearing; | |
| ☐ | Court finds **PROBABLE CAUSE** Defendant bound over to the Grand Jury. | |
| ☐ Karr. | **ARRAIGNMENT** SET FOR: _____ ☐ **HELD**. Plea of **NOT GUILTY** entered. | |
| | √ Trial Term _____ ☐ **PRETRIAL CONFERENCE DATE**: _____ | |
| | √ **DISCOVERY DISCLOSURES DATE**: _____ | |

Deft informs the court that he wishes to wait for his attorney to proceed with further proceedings. Initial proceedings is continued until contact is made with deft's counsel. Detention hrg. to be set for Monday 3/5/07 @ 9:00 .m.