| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE:** MARCH 5, 2007 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 9:05 -9:18 |

- √ **INITIAL APPEARANCE**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (Rule 5)**
- ☐ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

---

**PRESIDING MAG. JUDGE** CHARLES S. COODY      **DEPUTY CLERK:** WANDA STINSON

**CASE NO.** 2:07CR-36-WHA-CSC      **DEFT. NAME:** JAMES JEMISON, JR.

**USA:** VERNE SPEIRS      **ATTY:** JOE M. REED

Type Counsel: ( √ ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO ;

**USPTSO/USPO:** SANDRA WOODS

Defendant _____ does _____ does NOT need an interpreter; NAME: _____

---

| | | |
|---|---|---|
| √ Kars. | Date of Arrest **3/2/07** or ☐ Rule 5 Arrest | |
| √ kia. | Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator | |
| ☐ Finaff. | Financial Affidavit executed ☐ to be obtained by PTS; ☐ **ORAL** Motion for Appt. Of Counsel. | |
| ☐ koappted | **ORAL ORDER** appointing Federal Defender - **Notice to be filed.** | |
| ☐ 20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ | |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; ☐ Government's **WRITTEN** Motion for Detention Hrg. filed. | |
| | **DETENTION HRG** ☐ held; ☐ Set for _____ ; ☐ **Prelim. Hrg** Set for _____ | |
| ☐ kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ☐ kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| √ kocondrls. | Release order entered. ☐ Deft. advised of conditions of release. | |
| √ kbnd. | √ **BOND EXECUTED** (M/D AL charges) $ **25,000** Deft released (kloc LR). | |
| | ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered | |
| ☐ Loc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody | |
| ☐ ko. | Deft. **ORDERED REMOVED** to originating district | |
| ☐ krmvhrg. | Identity/Removal Hearing ☐ set for _____ ; ☐ **WAIVER** of Rule 5 & 5.1 Hearings | |
| ☐ kwvprl. | Waiver of Preliminary hearing; | |
| ☐ | Court finds **PROBABLE CAUSE** Defendant bound over to the Grand Jury. | |
| √ Karr. | **ARRAIGNMENT** SET FOR: _____ √ **HELD**. Plea of **NOT GUILTY** entered. | |
| | √ **Trial Term** **6/4/07** ☐ **PRETRIAL CONFERENCE DATE:** _____ | |
| | √ **DISCOVERY DISCLOSURES DATE:** **3/7/07** | |

*Atty. Reed informs the court of conflict with assignment with Judge Thompson re: case with his office. Govt. Oral motion to withdraw Motion for Detention. Oral Order granting motion.