# United States District Court

for

## Middle District of Alabama

### Report on Defendant Under Supervision

Name of Defendant: James Jemison                                    Case Number: 2:07cr36-WHA

Name of Releasing Judicial Officer: The Honorable Charles S. Coody, Chief U.S. Magistrate Judge

Date of Release: March 5, 2007

Original Offense: Violation of Controlled Substance Act (3 counts)
            Violation of Gun Control Act (1 count)

Type of Release: $25,000 Unsecured Appearance Bond

Conditions of Release: Report to pretrial services as directed; Maintain or actively seek employment; Electronic Monitoring; No firearms; Drug testing and/or treatment; Report any law enforcement contact, Follow instructions of USPO, Refrain from possession of any drug paraphernalia, maintain residence at 4517 Hurlston Drive, Montgomery, AL

Assistant U.S. Attorney: Verne Spiers                               Defense Attorney: Joseph Reed, Jr.

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Condition 7(p): "Refrain from any use or unlawful possession of narcotic drug ...." | On 3/20/07, Jemison submitted a urine specimen that tested positive for cocaine metabolite. Jemison initially denied illegal drug use, however, later admitted that he smoked crack with associates within the parameters of his electronic monitoring range. |

**U.S. Probation Officer Action:**

Other than the instant violation, Jemison has performed satisfactorily while on pretrial release. The defendant was informed that his drug testing schedule would be increased. He is scheduled for a drug assessment with the Chemical Addictions Program in Montgomery, AL on March 29, 2007. This officer also warned that if there are further violations, revocation of his pretrial release would be requested.

Respectfully submitted,

by    /s/ Willie Bernard Ross, Jr.

Willie Bernard Ross, Jr.
Senior U.S. Probation Officer

Date: March 29, 2007

Reviewed and approved: /s/ Sandra G. Wood
                              Sandra G. Wood
                              Supervisory U.S. Probation Officer

---

*The Court directs that additional action be taken as follows:*

[ ]    Submit a Request for Modifying the Condition or Term of Supervision

[ ]    Submit a Request for Warrant or Summons

[ ]    Other

[X]    Concur with Probation Officer's recommendation

[ ]    No action necessary

Done this 2d day of April, 2007.

                                          /s/Charles S. Coody
                                    CHARLES S. COODY
                                    CHIEF UNITED STATES MAGISTRATE JUDGE