IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR NO. 2:07CR36-WHA |
| | ) | |
| JAMES JEMISON, JR. | ) | |

**ORDER**

For good cause, it is

**ORDERED** that the pretrial conference previously set for **April 2, 2007** be and is hereby **RESET** for **April 9, 2007 at 9:00 a.m.** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama. It is further

**ORDERED** that at that time, Attorney Joe M. Reed, will show cause to the court as to why he should not be held in contempt for his failure to appear at the previously scheduled pretrial conference proceeding.

Done this 2nd day of April, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE