**IN THE UNTED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **PLAINTIFF,** | * | **2:07-CR-36** |
| **VS.** | * | |
| | * | |
| **JAMES JEMISON,** | * | |
| **DEFENDANT.** | * | |

**<u>MOTION TO SHOW CAUSE</u>**

Comes now the undersigned and hereby moves this honorable court to show cause as to why he should not be held in contempt for failing to appear before this honorable court on April 2, 2007 at 1:00 p.m.  As grounds for such motion, the undersigned submits the following:

1. The pretrial conference was scheduled to be held on 4/2/2007, at 9:00 a.m.

2. This honorable court ordered the conference to be held at 1:00 p.m. later the same day.

3. The undersigned was scheduled to represent a client, (who is incarcerated at the Bibb County Detention Facility in Brent, AL) in front of the Alabama Board of Pardon's and Parole the following day.

4. The undersigned's plan was to drive to Bibb County up U.S. Highway 82 to confer with his client-return-and appear before this court at the appointed time. On the return trip the undersigned caught a nail in the rear tire on the driver's side which temporarily disabled the undersigned's

vehicle. The location of the flat combined with the low shoulder of the road significantly delayed the undersigned's ability to change the tire and get back on the road as the undersigned had turn his back to oncoming traffic and to dodge oncoming trucks and cars to safely change the tire. To make matters more difficult, the undersigned could not call the court to inform the court of the delay because the undersigned's particular cell phone carrier, T-Mobile, does not have a tower between Centerville, Alabama and Prattville, Alabama on Highway 82, thus making the undersigned temporarily incommunicado.

5. The undersigned did not in any way deliberately attempt to delay any court proceeding or make a mockery of the court.

Wherefore, premises considered, the undersigned prays that his response adequately shows cause why he should not be held in contempt of court.

Respectfully Submitted,

/s/ Joe M. Reed
Joe M. Reed

Address of Counsel:
Faulk & Reed, LLP
524 S. Union St.
Montgomery, AL 36104
(334) 834-2000 t
(334) 834-2088 f
**joemreed@bellsouth.net**

## <u>CERTIFICATE OF SERVICE</u>

I herby certify that the following was served on

The Honorable Verne Speirs,
Assistant United States Attorney for the Middle District of Alabama,
1 Court Square
Montgomery, Alabama 36104

By electronic notification, courtesy of the Clerk of the United States District Court,
Middle District of Alabama.

<u>/s/ Joe M. Reed</u>
Joe M. Reed