IN THE UNTED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| PLAINTIFF, | * | 2:07-CR-36 |
| VS. | * | |
| | * | |
| JAMES JEMISON, | * | |
| DEFENDANT. | * | |
| | * | |

## MOTION TO CONTINUE

Now comes the defendant, by and through the undersigned and hereby moves this honorable court for a continuance in the above styled cause. As grounds for such motion, the defendant shows unto the court the following:

1. The defendant is scheduled for trial before the Honorable Judge W. H. Albritton on April 23, 2007.

2. The defendant and the United States Government have agreed that the defendant will plead guilty to at least one count of the indictment. However, there remains a discrepancy as to the remaining three counts of the indictment.

3. The defendant needs additional time to locate a witness who may very well provide exculpatory testimony as to the remaining three counts of the indictment which may very well alter the current plea agreement.

4. The witness in question is believed to be at a drug treatment facility in Birmingham, Alabama.

5. The defendant waives the time needed to procure this witness as it relates to his right to a speedy trial.

Wherefore, premises considered, the defendant prays that this court grant his motion to continue.

                                                  Respectfully Submitted,

                                                  /s/ Joe M. Reed
                                                  Joe M. Reed

Address of Counsel:
Faulk & Reed, LLP
524 S. Union St.
Montgomery, AL 36104
(334) 834-2000 t
(334) 834-2088 f
**joemreed@bellsouth.net**

## CERTIFICATE OF SERVICE

I herby certify that the following was served on

The Honorable Verne Speirs,
Assistant United States Attorney for the Middle District of Alabama,
1 Court Square
Montgomery, Alabama 36104

By electronic notification, courtesy of the Clerk of the United States District Court, Middle District of Alabama.

                                                  /s/ Joe M. Reed
                                                Joe M. Reed