# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| vs. | ) Case No. 2:07CR-36-WHA |
| | ) |
| **JAMES JEMISON, JR.** | ) |

## PRETRIAL CONFERENCE ORDER

A pretrial conference was held on April 9, 2007, before the undersigned Magistrate Judge. Present at this conference was the Honorable Joe Reed, counsel for the defendant, and Assistant United States Attorney Verne Speirs, counsel for the government. As a result of the conference, it is

**ORDERED** as follows:

1. Jury selection is set for **April 23, 2007**. The trial of this case is set for the trial term commencing on **April 23, 2007** before **Sr. United States District W. Harold Albritton** and is expected to last two days for trial.

2. The following motion is currently pending: *Defendant's Motion to Continue Trial*.

3. Proposed voir dire questions shall be filed on or before **April 16, 2007.** Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All Motions in Limine shall be filed on or before **April 16, 2007**. Motions in Limine must be accompanied by a brief. Failure to file a brief will result in denial of the

motion.

    5.  Proposed jury instructions shall be filed on or before **April 16, 2007.**

    6.  The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless notice is filed on or before **noon** on **April 11, 2007.**  The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on **April 23, 2007.**  The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted.  In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on **April 23, 2007**, as to all defendants, even though a particular guilty plea was not accepted by the court.

    Done this 9th day of April, 2007.

                                        /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE