IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 2:07cr036-WHA |
| JAMES JEMISON, JR. | ) | |

## **ORDER**

This case is before the court on the Motion to Continue (Doc. #15), filed by the Defendant on April 9, 2007. The United States has no objection to the continuance.

The court finds, for the reason that the Defendant is in need of additional time to locate a witness, that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that the trial of this case is CONTINUED from the term of court commencing April 23, 2007, to the next scheduled term of criminal trials, commencing on June 4, 2007.

DONE this 9th day of April, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE