IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **V.** | * | 2:07-cr-36-WHA |
| **JAMES JEMISON** | * | |

**UNOPPOSED MOTION TO CONTINUE**

Now comes the defendant, by and through the undersigned and hereby moves this Honorable Court to continue the above - styled cause, and as grounds for such says as follows:

1. This matter is set for trial before United States District Judge W. Harold Albritton on June 4, 2007.

2. Based on information and belief, the parties need additional time to resolve issues which, when resolved, will dispose of the above-styled cause without the necessity of trial. It is believed that this case can be resolved by August 1, 2007.

3. The undersigned has spoken with AUSA Verne Speirs regarding this request and he has no opposition to a continuance of this case.

Therefore, the defendant respectfully requests that this Court grant his unopposed motion to continue trial in this matter until the August 2007 trial term.

Respectfully Submitted

/s/ Joe M. Reed
Joe M. Reed
Attorney for Defendant

## Certificate of Service

I hereby certify that the foregoing was served on the Honorable Verne T. Speirs, Assistant United States Attorney, P.O. Box 197, Montgomery, AL 36101 by electronic notification this 17th day of May, 2007.

_/s/ Joe M. Reed_
Joe M. Reed