IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:07CR036-WHA |
| JAMES JEMISON, JR. ) | |

## **ORDER**

This case is before the court on the Unopposed Motion to Continue (Doc. #19), filed by the Defendant on May 18, 2007.

This case was continued from the April 23, 2007 term of court at the request of the Defendant, to allow additional time to conclude plea negotiations. The court will grant this motion, but the parties are advised that the case will not be continued again. Accordingly, for the reason that the Defendant and the Government are in need of additional time to conclude a plea agreement, the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, it is hereby

ORDERED that the motion is GRANTED, and this case is CONTINUED to the term of court commencing August 6, 2007. The case will not be continued past that term.

DONE this 21st day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE