IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO.   2:07CR36-WHA |
| | ) | |
| JAMES JEMISON, JR. | ) | |

**ORDER**

Based upon this court's order setting the trial in the above-styled case for August 6, 2007, and for good cause, it is **ORDERED** that:

1. All motions in limine, proposed voir dire questions and jury instructions shall be filed on or before **July 30, 2007.**

2. The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless notice is filed on or before **noon** on **July 25, 2007.**

Done this 21st day of May, 2007.

                                     /s/Charles S. Coody
                                CHARLES S. COODY
                                CHIEF UNITED STATES MAGISTRATE JUDGE