**IN THE UNTED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **PLAINTIFF,** | * | 2:07-cr-36 |
| **VS.** | * | |
| | * | |
| **JAMES JEMISON,** | * | |
| **DEFENDANT.** | | |

## NOTICE OF INTENT TO CHANGE PLEA

Now comes the defendant, by and through the undersigned, and hereby notifies this honorable court of his intent to change his plea in the above styled cause from NOT GUILTY to GUILTY.

The defendant waives his right to plead in front of a United States District Court Judge and consents to enter his plea in front of a United States Magistrate Judge.

Done this 26th Day of July, 2007.

                                              Respectfully Submitted,

                                              /s/Joe M. Reed
                                              Joe M. Reed
                                              Attorney for Defendant

**Certificate of Service**

I hereby certify that the foregoing was filed with the Clerk of the Court and that notice will be sent by the Clerk to the Honorable Stephen P. Feaga, Assistant United States Attorney, P.O. Box 197, Montgomery, AL 36101 by electronic mail this 9th day of February, 2007.

    /s/ Joe M. Reed
Joe M. Reed