IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.  ) | CR. NO. 2:07CR-36-WHA |
| ) | |
| JAMES JEMISON, JR.  ) | |

**ORDER**

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. #27) filed on July 26, 2007, it is hereby

**ORDERED** that the defendant's change of plea hearing be and is hereby set for **July 27, 2007**, at **10:00 a.m.,** in **courtroom 4B**, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 26th day of July, 2007.

　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE